UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTORIO C. RIVERA,

         Plaintiff(s),

   v.

SAIF CORPORATION, et al.,

         Defendant(s).

NO. C04-1259P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On August 6, 2004, this Court entered an Order of Dismissal (Dkt. No. 33) in this matter; among the conditions of the dismissal were an order not to file any more documents in this case except a "Notice of Appeal" should Plaintiff chose to contest the validity of the dismissal.

Plaintiff has since submitted a "Motion for Leave to Petition for Writ of Mandamus and or Prohibition in Forma Pauperis." This motion shall not be filed and is ordered to be returned to Plaintiff forthwith along with a copy of this Minute Order.

Filed this 3rd day of May, 2005.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER